**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In Re: Mack Hunt III, Debtor

Case No.: 25-11694-JPM

Chapter 7

# MOTION TO REOPEN CHAPTER 7 CASE, REQUEST FOR FEE WAIVER, AND STATEMENT OF GOOD FAITH

Filed Pro Se
Mack Hunt III
1990 Lexington Avenue, Apt 26B
New York, NY 10035
Tel: (646) 376-9269
Email: blcmck@aol.com

TO THE HONORABLE JUDGE AND CLERK OF COURT:

Pursuant to 11 U.S.C. § 350(b) and Federal Rule of Bankruptcy Procedure 5010, I, Mack Hunt III, respectfully move this Honorable Court to reopen my Chapter 7 case, Case No. 25-11694-JPM, which was dismissed on November 6, 2025, so that I may have my day in court and proceed toward discharge.

My case was dismissed because I was unable to complete certain requirements or respond to court notices due to a serious medical emergency and subsequent hospitalization.

On Monday, November 3, 2025, I suffered a heart attack and was transported by ambulance to the emergency room. I was admitted on 11/3/2025 and discharged on 11/4/2025. My primary-care physician directed me to return to the ER on 11/5/2025, stating I should not have been discharged because my condition had not stabilized. I was readmitted on 11/5/2025 and remained hospitalized through 11/11/2025. Because of this unexpected and life-threatening event, I was physically unable to respond to the Court or meet my obligations. I will furnish medical proof and records if instructed to do so.

STATEMENT OF GOOD FAITH

I filed my Chapter 7 petition in good faith, seeking a fresh start after facing medical and financial hardship. The dismissal of my case was not caused by neglect or disregard for the Court, but by circumstances that were entirely beyond my control. Since my recovery, I have acted responsibly and in full good faith to correct the situation and remain compliant with all requirements moving forward.

ADDITIONAL CIRCUMSTANCES

During the same period, my Dodge Durango was repossessed without any prior notice, paperwork, or information regarding its location. I was not permitted to retrieve my personal, medical, or disability-related items from the vehicle and have still not been allowed to do so. This unexpected loss of transportation while recovering from a heart attack has created severe hardship and has further limited my ability to comply with certain deadlines. These circumstances were entirely beyond my control.

GOOD-FAITH REQUEST AND PLAN FOR COMPLIANCE

I am proceeding pro se but am seeking pro bono legal consultation as of today to ensure proper representation and compliance with all future court requirements. Barring any further unforeseen setbacks beyond my control, I plan to maintain full and timely compliance with all court orders, deadlines, and trustee requests. If my case is reopened, I will cooperate fully with the Trustee and promptly file any outstanding documents required by the Court.

I respectfully ask that the Court consider the totality of my medical and personal hardships and allow me a second chance to complete my case and receive the fresh start that Chapter 7 is intended to provide. I also respectfully request that the Court waive or defer the reopening fee pursuant to 28 U.S.C. § 1930(f), as I am recovering from serious medical issues and have limited income and resources.

CONCLUSION

I am simply asking for a second chance to have my case heard and to rebuild my life with

honesty, stability, and dignity. I deeply apologize for any inconvenience caused to the Court and will act with the utmost respect and compliance if this request is granted.

Thank you for your understanding and compassion in considering this motion.

Respectfully submitted,

/s/ Mack Hunt III
Mack Hunt III
1990 Lexington Avenue, Apt 26B
New York, NY 10035
Tel: (646) 376-9269
Email: blcmck@aol.com
Debtor, Pro Se